1

2

3

4

5

6

7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  AIG LIFE INSURANCE COMPANY,        )
                                       )        2:07-cv-919-GEB-DAD
13                   Plaintiff,        )
                                       )
14          v.                         )        ORDER CONTINUING STATUS
                                       )        (PRETRIAL SCHEDULING)
15  ELLEN I. LUA; VIRGINIA JOY ALLEN,  )        CONFERENCE
                                       )
16                   Defendants.       )
                                       )
17  _____)

18           CONTINUANCE OF STATUS (PRETRIAL SCEHDULING) CONFERENCE

19          Because the Joint Status Report filed by the parties on

20  October 29, 2007 reveals that "[n]o answers have been filed," the

21  November 13, 2007 Status (Pretrial Scheduling) Conference is

22  rescheduled to commence at 9:00 a.m. on December 10, 2007.  A joint

23  status report, in which the parties explain the status of this action

24  in light of the fact that no answers have been filed, shall be filed

25  no later than fourteen days prior to the status conference.  Further,

26  Plaintiff shall promptly serve a copy of this order on Defendant Ellen

27  Lua.

28

1    <u>AUGUST 6, 2007 ORDER TO SHOW CAUSE ISSUED TO PLAINTIFF</u>

2         If Plaintiff desires a hearing on the Order to Show Cause,

3    which was issued to Plaintiff on August 6, 2007, Plaintiff shall

4    appear in Courtroom 10 on November 13, 2007, at 9:00 a.m.

5         IT IS SO ORDERED.

6    Dated:  November 9, 2007

7    _____

8    GARLAND E. BURRELL, JR.
     United States District Judge