IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY,<br>          Plaintiff,<br>     v.<br>ELLEN I. LUA; VIRGINIA JOY ALLEN,<br>          Defendants. | 2:07-cv-919-GEB-DAD<br><br>SANCTIONS ORDER AGAINST<br>PLAINTIFF'S COUNSEL |

Plaintiff's counsel appeared in court on November 13, 2007, and argued against being sanctioned for her failure to file a timely status report in this action. Essentially, Plaintiff's counsel said she was too busy to notice that she had been electronically served with the Order Setting Status (Pretrial Scheduling) Conference on May 15, 2007 ("May 15 Order"), which required her to file a status report within a certain time. "It is incumbent upon an attorney practicing in [any court] to [learn] what is expected by the court . . . and the consequences inherent in noncompliance." Aquilar-Escobar v. Immigration & Naturalization Serv., 136 F.3d 1240, 1244 (9th Cir. 1998). Here, it is obvious that Plaintiff's counsel failed to read

1 | the May 15 Order.  Plaintiff's counsel's argument that she did not
2 | read the May 15 Order because she did not expect to receive the order
3 | so soon is tantamount to saying that she anticipates when an order
4 | will be filed, and if it is filed before whatever she assumes will be
5 | the filing date, she does not engage in sanctionable conduct when she
6 | fails to see the unexpected filed order.  Plaintiff is wrong.

Further, "[i]t is . . . no excuse for failing to comply with [a filing requirement set forth in a Rule 16 order] that attorneys labor under the pressure of deadlines.  Time is a precious luxury which, if not properly budgeted, can be a powerful foe."  Id.  "The cogs of the wheel of justice move much more smoothly when attorneys who practice in this court follow the rules of practice and procedure [that have been] carefully developed and adopted."  Id.

Notwithstanding Plaintiff's counsel's sanctionable conduct, it was concluded at the hearing that the lecture Plaintiff's counsel received in open court was sufficient to satisfy the goals that are served by imposing sanctions.  However, Plaintiff's counsel is warned that a significant monetary sanction could be imposed if she fails to comply with a Rule 16 order again.

IT IS SO ORDERED.

Dated:  November 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge