1  BURKE, WILLIAMS & SORENSEN, LLP
   MICHAEL F. BELL, State Bar No. 89046
2  mbell@bwslaw.com
   KEIKO J. KOJIMA, State Bar No. 206595
3  kkojima@bwslaw.com
   444 South Flower Street, Suite 2400
4  Los Angeles, California 90071
   Telephone: (213) 236-0600
5  Facsimile: (213) 236-2700
   *Attorneys for Plaintiff AIG LIFE INSURANCE COMPANY*
6
   KATHIE JEANNE SIMMONS
7  Kathie Jeanne Simmons, State Bar No. 129727
   100 E St #204
8  Santa Rosa, CA 95404
   Telephone: (707) 522-8118
9  Facsimile: (707) 522-8117
   *Attorneys for Defendant ELLEN I. LUA*
10
   MARC C. BARULICH
11 Mark C. Barulich, State Bar No. 111295
   1428 West Street
12 Redding, CA 96001
   Telephone: (530) 244-0988
13 Facsimile: (530) 244-0998
   *Attorneys for Defendant VIRGINIA JOY ALLEN*
14

15                     UNITED STATES DISTRICT COURT

16         EASTERN DISTRICT COURT OF CALIFORNIA, SACRAMENTO DIVISION

17

18 | AIG LIFE INSURANCE COMPANY, | CASE NO. 2:07-cv-00919-GEB-DAD
19 |          Plaintiff, |
20 |     vs. | **STIPULATION AND [PROPOSED] ORDER RE DISCHARGE AND DISMISSAL OF AIG LIFE INSURANCE COMPANY**
21 | ELLEN I. LUA; VIRGINIA JOY ALLEN, |
22 |          Defendants. |

24 / / /

25 / / /

26 / / /

27 / / /

28 LA #4824-4955-5714 v2

Case No. CIV. 2:07-cv-00919-GEB-DAD
STIPULATION AND ORDER RE DISCHARGE
AND DISMISSAL OF AIG LIFE INSURANCE
COMPANY; [PROPOSED] ORDER

Plaintiff AIG Life Insurance Company ("AIG LIFE"), Defendant Ellen I. Lua ("LUA"), and Defendant Virginia Joy Allen ("ALLEN") hereby stipulate and agree, by and through their respective counsel of record, as follows:

1. AIG LIFE is hereby and shall be discharged from liability to Defendant LUA and Defendant ALLEN to the full extent permitted by law.

2. The Defendants shall be and by the Order hereon are restrained from taking, or proceeding with or commencing any action against AIG LIFE for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to AIG LIFE group policy no. SRG 0008064270 (the "Policy"), and/or with respect to benefits due under said Policy, which benefits have been deposited in an interest-bearing account with the Court.

3. AIG LIFE is dismissed with prejudice from this action.

4. AIG LIFE shall be awarded the sum of $4,913.84 as reasonable attorney's fees and costs incurred in bringing its Complaint in Interpleader, (representing attorney's fees and costs up through September 30, 2007), to be paid out of the proceeds deposited with the Clerk of this Court. The parties agree that the Clerk shall issue payment to AIG LIFE of the sum of $4,913.84 from such proceeds, in care of its attorneys, Burke, Williams & Sorensen LLP.

/ / /

/ / /

/ / /

/ / /

LA #4824-4955-5714 v2

2

Case No. CIV. 2:07-cv-00919-GEB-DAD
STIPULATION AND ORDER RE DISCHARGE
AND DISMISSAL OF AIG LIFE INSURANCE
COMPANY; [PROPOSED] ORDER

1    IT IS SO STIPULATED.

3    DATED: November 16, 2007         KATHIE JEANNE SIMMONS

By:  */S/ KATHIE JEANNE SIMMONS* [as authorized on November 16, 2007]
KATHIE JEANNE SIMMONS
Attorneys for Defendant ELLEN I. LUA

9    DATED: November 16, 2007         MARC C. BARULICH

By:  */S/ MARC C. BARULICH* [as authorized on November 16, 2007]
MARC C. BARULICH
Attorneys for Defendant *VIRGINIA JOY ALLEN*

14   DATED: November 16, 2007         BURKE, WILLIAMS & SORENSEN LLP
MICHAEL F. BELL
KEIKO J. KOJIMA

By:  */S/ KEIKO J. KOJIMA*
KEIKO J. KOJIMA
Attorneys for Plaintiff AIG LIFE INSURANCE COMPANY

LA #4824-4955-5714 v2

3

Case No. CIV. 2:07-cv-00919-GEB-DAD
STIPULATION AND ORDER RE DISCHARGE AND DISMISSAL OF AIG LIFE INSURANCE COMPANY; [PROPOSED] ORDER

# **O R D E R**

The parties having stipulated and good cause appearing therefor, IT IS ORDERED THAT Plaintiff AIG Life Insurance Company be discharged and released in accordance with the terms of the above stipulation.

IT IS FURTHER ORDERED THAT the Clerk shall issue payment out of the interpleaded funds of the sum of $4,913.84 to AIG Life Insurance Company. The check shall be made payable to "AIG Life Insurance Company" and mailed to its attorneys: Keiko J. Kojima, Burke, Williams & Sorensen LLP, 444 S. Flower Street, Los Angeles, California 90071.

DATED: December 4, 2007

GARLAND E. BURRELL, JR.
United States District Judge

LA #4824-4955-5714 v2

4

Case No. CIV. 2:07-cv-00919-GEB-DAD
STIPULATION AND ORDER RE DISCHARGE
AND DISMISSAL OF AIG LIFE INSURANCE
COMPANY; [PROPOSED] ORDER