**MARC C. BARULICH**
**Attorney at Law**
**SBN 111295**
**1428 West Street**
**Redding, CA 96001**
**(530)244-0988 - Tel**
**(530)244-0998 - Fax**

Attorney for Defendant,
VIRGINIA JOY ALLEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG INSURANCE COMPANY, | NO. 2:07-CV-00919-GEB-DAD |
| Plaintiff, | **ORDER FOR RELEASE AND DISPERSEMENT OF INTERPLED INSURANCE PROCEEDS BY AIG LIFE INSURANCE COMPANY** |
| v. | |
| ELLEN I. LUA; VIRGINIA JOY ALLEN, | |
| Defendants. | |
| _____/ | |

The Court trial regarding the above-referenced action was held on December 16, 2008 in Department 10 before the Honorable Garland E. Burrell, Jr. Marc C. Barulich appeared for Virginia Joy Allen and Kathy Jeanne Simmons appeared for Ellen I. Lua. Pursuant to the Order issued on December 17, 2008 and the Stipulation between the parties, the Court makes the following Order.

IT IS ORDERED that the remaining proceeds interpled and deposited with the Court on May 15, 2007 by AIG Life Insurance Company, including principal and interest, excluding the Court registry fee, shall be released by the Court and a check made payable to *"Virginia Joy Allen, and to her attorney, Marc C. Barulich"* be issued forthwith.

Dated: December 22, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

ORDER FOR RELEASE AND DISPERSEMENT OF INTERPLED INSURANCE PROCEEDS